EUGENIA SILBERFELD, Individually and as Administratrix of the Estate of SAMUEL SILBERFELD, Deceased, Appellant, *v.* SWISS BANK CORPORATION, Respondent, et al., Defendants.

Argued November 18, 1948; decided December 2, 1948.

*Borris M. Komar* for appellant.

*William St. John Tozer* and *Robert F. Little* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.